**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | INVOLUNTARY (DISMISSED) |
| EXPRESS CAR | : | |
| & TRUCK RENTAL, INC., | : | |
| | : | Bky. No. 09-15041 ELF |
| Former Debtor. | : | |
| | | |
| IN RE: | : | Chapter 7 |
| | : | INVOLUNTARY (DISMISSED) |
| REPETE ASSOCIATES, | : | |
| | : | |
| Former Debtor. | : | Bky. No. 09-15042 ELF |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motions for Reconsideration Nunc Pro Tunc filed by Margaret M. Stuski ("the Motions") (Bky. No. 09-15041, Doc. # 81; Bky. No. 09-15042, Doc. # 85), and the response thereto, and for the reasons set forth in the accompanying Memorandum,

It is **ORDERED** that:

1. The Motions are **DENIED**.

2. The respondents' purported cross-motion for attorneys' fees and costs pursuant to 28 U.S.C. §1927 is **DENIED WITHOUT PREJUDICE**.

Date:  August 22, 2011

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**