**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 7** |
|     **EXPRESS CAR** | : | **INVOLUNTARY** |
|     **& TRUCK RENTAL, INC.,** | : | |
| | : | Bky. No. 09-15041 ELF |
|     Debtor. | : | |
| | | |
| **IN RE:** | : | **Chapter 7** |
|     **REPETE ASSOCIATES,** | : | **INVOLUNTARY** |
|     Debtor. | : | Bky. No. 09-15042 ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion for Award of Counsel Fees Pursuant to Section 303(i) of the Bankruptcy Code (Bky. No. 09-15041, Doc. # 101; Bky. No. 09-15042, Doc. #106), the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ordered that the Motion is **GRANTED IN PART AND DENIED IN PART** and that **JUDGMENT IS ENTERED** under 11 U.S.C. § 303(i)(1) in favor of Express Car & Truck Rental, Inc. and Repete Associates and against Margaret M. Stuski in the amount of **$9,488.40**.[1]

**Date:  October 20, 2011**

                                                      **ERIC L. FRANK**
                                                      **U.S. BANKRUPTCY JUDGE**

---

[1] Although the judgment will be entered on the docket in both Bky. No. 09-15041 and Bky. No. 09-15042, it is the court's intention to award a single judgment in favor of the two former debtors, jointly.